## Commonwealth *v.* Wallace, Appellant.

Argued March 10, 1975. *Douglas Riblet,* Assistant Defender, with him *Andrea Commaker Levin* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Neil Kitrosser,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Pursuant to "The Crimes Code," Act of 1972, December 6, P. L. 1482, No. 334, Section 906, 18 Pa. C.S. §906, the judgment of sentence rendered following conviction under "The Crimes Code,"

734

*supra,* Section 903, to wit, "criminal conspiracy," is vacated and said conviction, based upon lower court indictment number 1118 of the June Term 1974, is reversed.